IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TREVOR RYAN,                                                    CV. 11-448-MO

            Petitioner,                            ORDER DENYING MOTION
   v.                                                 FOR SUMMARY JUDGMENT

JEFFREY THOMAS,

            Respondent.


MOSMAN, District Judge.

     Before this Court is Petitioner's Motion for Summary Judgment (#21). Petitioner's motion has been properly served on Respondent. For the reasons that follow, Petitioner's Motion is DENIED.

     Pursuant to the Federal Rules of Civil Procedure, a motion for summary judgment should be granted if the record shows "there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The record before the Court does not show that there is no genuine

1 - ORDER DENYING MOTION FOR SUMMARY JUDGMENT

issue as to any material fact and that Petitioner is entitled to habeas relief as a matter of law. Accordingly, Petitioner's Motion for Summary Judgment (#21) is DENIED.

IT IS SO ORDERED.

DATED this  18th  day of January, 2012.

/s/ Michael W. Mosman
Michael W. Mosman
United States District Judge